**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

In re:

                                            Case No.: 3:17-bk-01653-JAF
                                                         Chapter 13

SONIA I. RIVERA

    Debtor.
_____/

**NOTICE OF WITHDRAWAL OF MOTION TO**
**VACATE MORTGAGE MODIFICATION MEDIATION**
**ORDER AND TO COMPEL DEBTOR TO FILE AMENDED PLAN**

**(**Hearing set for August 22, 2018 should be cancelled as moot.**)**

**BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF BUNGALOW SERIES F TRUST** ("Secured Creditor"), by and through its undersigned counsel, hereby files this Notice of Withdrawal of Motion to Vacate Mortgage Modification Mediation Order and to Compel Debtor to File an Amended Plan [D.E. 43](the "Motion") filed on June 6, 2018.  Accordingly, the hearing on the Motion set for August 22, 2018 should be cancelled as moot.

**Dated this 16th day of August, 2018.**

                                                 Respectfully submitted,

                                                 **GHIDOTTI | BERGER, LLP**
                                                 *Attorneys for Secured Creditor*
                                                 3050 Biscayne Blvd. - Suite 402
                                                 Miami, Florida 33137
                                                 Telephone: (305) 501.2808
                                                 Facsimile: (954) 780.5578

                                                 By: /s/ Chase A. Berger
                                                     Chase A. Berger, Esq.
                                                     Florida Bar No. 083794
                                                     cberger@ghidottiberger.com

*Case No.: 3:17-bk-01653-JAF*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:   /s/ Chase A. Berger
      Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Sonia I. Rivera**
8230 Dames Point Crossing Blvd. N 1707
Jacksonville, FL 32277

*Debtors' Counsel*
**David J. Pinkston, Esq.**
Pinkston & Pinkston, P.A.
P.O. Box 4608
Jacksonville, FL 32201-4608

*Trustee*
**Douglas W. Neway**
P.O. Box 4308
Jacksonville, FL 32201

*U.S. Trustee*
**United States Trustee - JAX 13/7, 7**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By:   /s/ Chase A. Berger
      Chase A. Berger, Esq.